# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0853

_____

PAUL WRIGHT,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

December 18, 2018

PER CURIAM.

In this appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967), we affirm the revocation of Appellant's probation and the resulting judgment and sentence. However, we remand for the trial court to correct two scrivener's errors in the order of revocation. The order of revocation states Appellant violated condition 2 of the order of probation. It should state that he violated special condition 2. The order of revocation also erroneously states that he "admitted to the violation noted in the Violation/Affidavit." Instead, it should reflect that Appellant was tried and found guilty of violating probation.

AFFIRMED and REMANDED for entry of a corrected order.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.